DONALD CAMPBELL, PLAINTIFF-RESPONDENT, v. WILLIAM R. MESTICE, DEFENDANT-PETITIONER.

See same case below: 28 *N. J. Super.* 192.

*Mr. William R. Mestice, in propria persona.*

*Mr. Samuel L. Marcus* and *Mr. Sidney Krieger* for the respondent.

February 15, 1954.   Denied.

DOROTHY ROSS, PLAINTIFF-PETITIONER, v. HERBERT MARX, DEFENDANT-RESPONDENT.

See same case below: 24 *N. J. Super.* 25.

*Mr. Sidney Krieger* for the petitioner.

*Mr. Michael G. Alenick* and *Mr. Lester Sandles* for the respondent.

February 15, 1954.   Denied.